IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

AARON GARRETT, as Personal Representative of the
Wrongful Death Estate of Andres Grado, deceased,

    Plaintiff,

v.                              Cause No. 1:19-cv-00917-KK-SCY

BOARD OF COUNTY COMMISSIONERS
FOR THE COUNTY OF EDDY, and
BILLY MASSINGILL,

    Defendants.

## NOTICE OF VOLUNTARY DISMISSAL OF CASE WITHOUT PREJUDICE

Pursuant to Rule 41(a)(1)(A)(i) Plaintiff hereby gives notice of his dismissal *without prejudice* of his claims in the above matter.

No Defendant has filed an answer, responsive pleading, motion for summary judgment, or otherwise entered an appearance in this matter.

                            ELIAS LAW P.C.

                            By: */s/ Ali M. Morales*
                                  ALI M. MORALES
                                  MICHAEL C. ROSS
                                  DAVID E. IDINOPULOS
                            111 Isleta SW, Suite A
                            Albuquerque, NM 87105
                            (505) 221-6000
                            *Attorneys for Plaintiff*